168 A.3d 67

**USHER**

v.

**RIGGS REALTY**

**Pet. Docket No. 149, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 1376, Sept. Term, 2014).

Petition for writ of certiorari denied

■

168 A.3d 67

**VAUGHN, Yahsim**

v.

**STATE of Maryland**

**Pet. Docket No. 197, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 982, Sept. Term, 2016).

Petition for writ of certiorari denied